| | |
|---|---|
| 1 | Alvin L. Pittman, Bar No. 127009 |
|  | office@apittman-law.com |
| 2 | LAW OFFICE OF ALVIN L. PITTMAN |
|  | 9841 Airport Blvd., Suite 412 |
| 3 | Los Angeles, California 90045 |
|  | Telephone: 310.337.3077 |
| 4 | Facsimile: 310.337.3080 |
| 5 | Attorneys for Plaintiff |
|  | KEVIN BRISCOE |

TANJA L. DARROW, Bar No. 175502
tdarrow@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone:  213.443.4300
Facsimile:  213.443.4299

JYOTI MITTAL, Bar No. 288084
jmittal@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067
Telephone:  310.553.0308
Fax No.:    310.553.5583

Attorneys for Defendants
STARBUCKS CORPORATION D/B/A STARBUCKS COFFEE COMPANY (erroneously named as STARBUCKS CORPORATION and STARBUCKS COFFEE COMPANY as separate entities)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRISCOE, | Case No.  2:17-cv-04832-JAK (JPRx) |
| Plaintiff, | ASSIGNED TO HON. JOHN A. KRONSTADT |
| v. | **JOINT STIPULATION RE: NAMED PARTIES** |
| STARBUCKS COFFEE COMPANY; and DOES 1-20; Inclusive, | Complaint Filed:  August 9, 2016 (Los Angeles County Superior Court) |
| Defendants. | Trial Date: None Set |

The parties hereby stipulate that the complaint in this case which individually names Starbucks Corporation and Starbucks Coffee Company as Defendants is hereby amended to reflect that the Defendant Starbucks Corporation d/b/a Starbucks Coffee Company (erroneously named by Plaintiff as two separate entities), is now deemed to have been correctly named and properly served as Starbucks Corporation. Thus, there exists no issue that Defendant was not correctly named or served.

Dated: October 30, 2017

/s/ Jyoti Mittal
TANJA L. DARROW
JYOTI MITTAL
LITTLER MENDELSON, P.C.
Attorneys for Defendants
STARBUCKS CORPORATION d/b/a
Starbucks Coffee Company
(erroneously named as STARBUCKS
CORPORATION and Starbucks Coffee
Company as separate entities)

Dated: _October 23, 2017__    LAW OFFICE OF ALVIN L. PITTMAN

/s/ Alvin L. Pittman
ALVIN L. PITTMAN
Attorneys for Plaintiff
Kevin Briscoe

Certificate of Electronic Service

I hereby certify that on this 30th day of October, 2017, I electronically filed a true and correct copy of the foregoing JOINT STIPULATION RE: NAMED PARTIES with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of electronic filing to the following attorneys for defendant: TANJA L. DARROW, ESQ., @ tdarrow@littler.com of LITTLER MENDELSON, P.C., - 633 West 5th Street, 63rd Floor, Los Angeles, CA  90071 and JYOTI MITTAL, ESQ., @ jmittal@littler.com of LITTLER MENDELSON, P.C., 2049 Century Park East, 5th Floor Los Angeles, CA  90067

/ s/ Alvin L. Pittman
By: ALVIN L. PITTMAN (SB#127009)
Attorney for Plaintiffs
E-mail: office@apittman-law.com

3.