| | |
|---|---|
| 1 | TANJA L. DARROW, Bar No. 175502 |
|   | tdarrow@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | 633 West 5th Street |
| 3 | 63rd Floor |
|   | Los Angeles, CA  90071 |
| 4 | Telephone:  213.443.4300 |
|   | Facsimile:   213.443.4299 |
| 5 | |
| 6 | JYOTI MITTAL, Bar No. 288084 |
|   | jmittal@littler.com |
| 7 | LITTLER MENDELSON, P.C. |
|   | 2049 Century Park East |
| 8 | 5th Floor |
|   | Los Angeles, CA  90067 |
| 9 | Telephone:  310.553.0308 |
|   | Fax No.:    310.553.5583 |

Attorneys for Defendant
STARBUCKS CORPORATION D/B/A STARBUCKS COFFEE COMPANY (erroneously named as STARBUCKS CORPORATION and STARBUCKS COFFEE COMPANY as separate entities)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KEVIN BRISCOE, | Case No.  2:17-cv-04832-JAK (JPRx) |
|---|---|
| Plaintiff, | ASSIGNED TO HON. JOHN A. KRONSTADT |
| v. | **DEFENDANT STARBUCKS CORPORATION'S NOTICE OF MOTION FOR SANCTIONS AGAINST KEVIN BRISCOE FOR SPOLIATION OF EVIDENCE** |
| STARBUCKS COFFEE COMPANY; and DOES 1-20; Inclusive, | |
| Defendants. | Date:         July 2, 2018 |
| | Time:         8:30 a.m. |
| | Courtroom: 10B |
| | Complaint Filed: August 9, 2016 (Los Angeles County Superior Court) |
| | Trial Date: None Set |

**TO PLAINTIFF KEVIN BRISCOE AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on July 2, 2018, at 8:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 10B of the above-entitled Court located at 350 W. First Street, Los Angeles, California, 90012, the Honorable Judge John F. Kronstadt presiding, Defendant Starbucks Corporation ("Starbucks") will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 37 and "the inherent power of federal courts to levy sanctions in response to abusive litigation practices," for sanctions due to the spoliation of evidence by Plaintiff Kevin Briscoe.

Based on Plaintiff's willful and bad faith spoliation of evidence, Starbucks seeks an order dismissing Plaintiff's complaint, with prejudice. In the alternative, Starbucks seeks an order for an adverse jury instruction, consistent with federal law, and Federal Rules of Civil Procedure Rule 37(e).

This Motion is based upon this Notice of Motion and Motion, and the other documents concurrently filed, including the Memorandum of Points and Authorities filed in support of this Motion, Request for Judicial Notice, Declarations of Angela M. Rivers, Sarah Rogers, Heidi Sundquist, Emily Schultz and Jyoti Mittal, and all Exhibits attached thereto, as well as the pleadings, records and files in this case, and upon such other, further oral and documentary evidence that may be presented at or before hearing on this matter.

1     This motion is made following unsuccessful meet and confer efforts between counsel that occurred pursuant to L.R. 7-3. *See* Declaration of Jyoti Mittal, ¶¶ 6-9, Exs. K-P, filed and served concurrently herewith.

Dated: May 21, 2018

          */s/ Jyoti Mittal*
          TANJA L. DARROW
          JYOTI MITTAL
          LITTLER MENDELSON, P.C.
          Attorneys for Defendant
          STARBUCKS CORPORATION d/b/a
          Starbucks Coffee Company
          (erroneously named as STARBUCKS
          CORPORATION and Starbucks Coffee
          Company as separate entities)

Firmwide:154822443.1 055187.1066

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300