1  TANJA L. DARROW, Bar No. 175502
   tdarrow@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, CA  90071
4  Telephone:  213.443.4300
   Facsimile:  213.443.4299
5
   JYOTI MITTAL, Bar No. 288084
6  jmittal@littler.com
   LITTLER MENDELSON, P.C.
7  2049 Century Park East
   5th Floor
8  Los Angeles, CA  90067
   Telephone:  310.553.0308
9  Fax No.:    310.553.5583

10 Attorneys for Defendant
   STARBUCKS CORPORATION D/B/A
11 STARBUCKS COFFEE COMPANY (erroneously
   named as STARBUCKS CORPORATION and
12 STARBUCKS COFFEE COMPANY as separate
   entities)
13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16 KEVIN BRISCOE,                        Case No.  2:17-cv-04832-JAK (JPRx)

17              Plaintiff,               ASSIGNED TO HON. JOHN A.
                                         KRONSTADT
18 v.
                                         **DEFENDANT STARBUCKS
19 STARBUCKS COFFEE COMPANY;             CORPORATION'S NOTICE OF
   and DOES 1-20; Inclusive,            MOTION AND MOTION FOR
20                                       SUMMARY JUDGMENT OR, IN
                                         THE ALTERNATIVE, PARTIAL
21              Defendants.              SUMMARY JUDGMENT**

22                                       Date:      July 16, 2018
                                         Time:      8:30 a.m.
23                                       Courtroom:  10B

24                                       Complaint Filed:  August 9, 2016 (Los
                                         Angeles County Superior Court)
25                                       Trial Date: None Set

26

27

28

**TO PLAINTIFF KEVIN BRISCOE AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on July 16, 2018, at 8:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 10B of the above-entitled Court located at 350 W. First Street, Los Angeles, California, 90012, the Honorable Judge John F. Kronstadt presiding, Defendant Starbucks Corporation ("Starbucks") will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 56(b) and Local Rule 56 for summary judgment, or in the alternative, partial summary judgment, on the ground that there is no genuine issue of material fact as to Plaintiff Kevin Briscoe's ("Plaintiff") alleged claims against Starbucks.  Accordingly, Starbucks is entitled to judgment as a matter of law for the reasons set forth below.

Starbucks will move, and hereby does move, for an order adjudicating the following claims and/or issues:

**A.    Race Discrimination**

**ISSUE NO. 1:**  Plaintiff's claim for race discrimination fails because he cannot state a *prima facie* case of discrimination as he cannot show a causal connection between his race and any adverse employment action.

**ISSUE NO. 2:**  Plaintiff's claim for race discrimination also fails because, even assuming *arguendo* that Plaintiff can establish a *prima facie* case, Starbucks had legitimate, non-discriminatory business reasons for all actions taken regarding Plaintiff's employment and he cannot prove that Starbucks' proffered reasons are pretext for any discrimination.

**B.    Retaliation**

**ISSUE NO. 3:**  Plaintiff's retaliation claim fails because Plaintiff cannot state a *prima facie* case of retaliation as he cannot show a causal connection between any protected activity and any adverse employment action.

**ISSUE NO. 4:** Plaintiff's retaliation claim fails because, even assuming *arguendo* that Plaintiff can establish a *prima facie* case, Starbucks had legitimate, non-retaliatory business reasons for all actions taken regarding Plaintiff's employment and

1   he cannot prove that Starbucks' proffered reasons are pretext for any retaliation.

2   **C.    Constructive Wrongful Termination in Violation of Public Policy**

3   **ISSUE NO. 5**: Plaintiff's claim for constructive wrongful termination in

4   violation of public policy fails as it is derivative of his claims for discrimination and

5   retaliation, which fail.

6   **D.    Punitive Damages**

7   **ISSUE NO. 6**: Plaintiff's punitive damages claim fails because he cannot

8   establish by clear and convincing evidence that an officer, director, or managing agent

9   of Starbucks acted with any malice, oppression or fraud towards him, acted with

10   advance knowledge and disregard for his rights or safety, or authorized or ratified any

11   fraudulent, oppressive, or malicious conduct towards him.

12   This Motion is based upon this Notice of Motion and Motion, and the other

13   documents concurrently filed, including the Memorandum of Points and Authorities

14   filed in support of this Motion, the [Proposed] Statement of Uncontroverted Facts and

15   Conclusions of Law, Request for Judicial Notice, Declarations of Angela M. Rivers,

16   Sarah Rogers, John Warmke, Heidi Sundquist, Emily Schultz, and Jyoti Mittal, and all

17   Exhibits attached thereto, as well as the pleadings, records and files in this case, and

18   upon such other, further oral and documentary evidence that may be presented at or

19   before hearing on this matter.

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

3.

1        This motion is made following unsuccessful meet and confer efforts between

2    counsel that occurred pursuant to L.R. 7-3 because Plaintiff's counsel failed to meet

3    and confer.  *See* Declaration of Jyoti Mittal, ¶¶ 5, 6, Exs. C, D, filed and served

4    concurrently herewith.

5

6    Dated:   May 21, 2018

7

8                                          */s/ Jyoti Mittal*
                                      TANJA L. DARROW

9                                          JYOTI MITTAL
                                      LITTLER MENDELSON, P.C.

10                                         Attorneys for Defendant
                                      STARBUCKS CORPORATION d/b/a

11                                         Starbucks Coffee Company
                                      (erroneously named as STARBUCKS

12                                         CORPORATION and Starbucks Coffee
                                      Company as separate entities)

13

14

15

16       Firmwide:154787085.1 055187.1066

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

4.