| | |
|---|---|
| 1 | TANJA L. DARROW, Bar No. 175502 |
| 2 | tdarrow@littler.com<br>LITTLER MENDELSON, P.C. |
| 3 | 633 West 5th Street<br>63rd Floor |
| 4 | Los Angeles, CA  90071<br>Telephone:  213.443.4300 |
| 5 | Facsimile:   213.443.4299 |
| 6 | JYOTI MITTAL, Bar No. 288084<br>jmittal@littler.com |
| 7 | LITTLER MENDELSON, P.C.<br>2049 Century Park East |
| 8 | 5th Floor<br>Los Angeles, CA  90067 |
| 9 | Telephone:  310.553.0308<br>Fax No.:     310.553.5583 |
| 10 | Attorneys for Defendant |
| 11 | STARBUCKS CORPORATION D/B/A<br>STARBUCKS COFFEE COMPANY (erroneously |
| 12 | named as STARBUCKS CORPORATION and<br>STARBUCKS COFFEE COMPANY as separate |
| 13 | entities) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRISCOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STARBUCKS COFFEE COMPANY;<br>and DOES 1-20; Inclusive,<br><br>　　　　　Defendants. | Case No.  2:17-cv-04832-JAK (JPRx)<br><br>ASSIGNED TO HON. JOHN A. KRONSTADT<br><br>**NOTICE OF LODGING DEFENDANT'S STARBUCKS CORPORATION'S [PROPOSED] JUDGMENT GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:         July 16, 2018<br>Time:         8:30 a.m.<br>Courtroom:  10B<br><br>Complaint Filed:  August 9, 2016 (Los Angeles County Superior Court)<br>Trial Date: None Set |

Defendant Starbucks Corporation ("Starbucks") hereby lodges its [Proposed] Judgment Granting Starbucks' Motion for Summary Judgment, as required by Local Rule 56-1.

Dated: May 21, 2018

*/s/ Jyoti Mittal*
TANJA L. DARROW
JYOTI MITTAL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
STARBUCKS CORPORATION d/b/a
Starbucks Coffee Company
(erroneously named as STARBUCKS
CORPORATION and Starbucks Coffee
Company as separate entities)

Firmwide:154787137.1 055187.1066