1  TANJA L. DARROW, Bar No. 175502
   tdarrow@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, CA  90071
4  Telephone:  213.443.4300
   Facsimile:   213.443.4299
5
   JYOTI MITTAL, Bar No. 288084
6  jmittal@littler.com
   LITTLER MENDELSON, P.C.
7  2049 Century Park East
   5th Floor
8  Los Angeles, CA  90067
   Telephone:  310.553.0308
9  Fax No.:     310.553.5583

10 Attorneys for Defendant
   STARBUCKS CORPORATION D/B/A
11 STARBUCKS COFFEE COMPANY (erroneously
   named as STARBUCKS CORPORATION and
12 STARBUCKS COFFEE COMPANY as separate
   entities)
13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16 | KEVIN BRISCOE,                      | Case No. 2:17-cv-04832-JAK (JPRx)
17 |                                     |
   |         Plaintiff,                  | ASSIGNED TO HON. JOHN A. KRONSTADT
18 |                                     |
   | v.                                  | **DOCUMENTARY EVIDENCE IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT (FOUR PARTS)**
19 |                                     |
   | STARBUCKS COFFEE COMPANY;           |
20 | and DOES 1-20; Inclusive,           |
   |                                     |
21 |         Defendants.                 |
22 |                                     |
23 |                                     | Date:     July 16, 2018
   |                                     | Time:     8:30 a.m.
24 |                                     | Courtroom: 10B
25 |                                     | Complaint Filed: August 9, 2016 (Los Angeles County Superior Court)
26 |                                     | Trial Date: None Set
27
28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

Defendant Starbucks Corporation ("Starbucks") hereby submits the following Documentary Evidence in Support of its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment:

1. **Declaration of Angela M. Rivers**

   A. Job Description, MGR District – Licensed Stores……………...Exhibit A
   B. District Manager Training Assessment Guide………………....Exhibit B
   C. Annual Performance Review (October 7, 2013)………………..Exhibit C
   D. Annual Performance Review (October 6, 2014)………………..Exhibit D
   E. Email re: Partner Application Received, Business Development Manager, Branded Solutions (April 27, 2014) ……………..…………..Exhibit E
   F. Email re: Connection to Discuss Operational Issue (February 23, 2015)……………………………………………...Exhibit F
   G. Email re: Available? (March 2, 2015)………………………….Exhibit G
   H. Email re: Vons (March 11, 2015)……………………………….Exhibit H
   I. Email re: Residence Inn Additional Training & Practice (6 days) (March 26, 2015)…………………………………………………Exhibit I
   J. Text Messages to Licensee Vons' Employee……………………Exhibit J
   K. Email re: Follow-up From Yesterday (May 7, 2015)…………...Exhibit K
   L. Email re: Kevin Briscoe Complaint (May 12, 2015)……………Exhibit L
   M. Email re: Follow Up (May 14, 2015)……………………..Exhibit M
   N. Email re: College & University Fall on Campus (July 23, 2014)…………………………………………………...Exhibit N
   O. Email re: Follow up (December 9, 2014)………………………Exhibit O
   P. Email re: Action Required (February 11, 2015)……………….. Exhibit P
   Q. Email re: T2 Tower (February 27, 2015)……………………….Exhibit Q
   R. Email re: Starbucks Tips Pilot (April 21, 2015)………………...Exhibit R
   S. Email re: Vons 2261 Visit & Tip Jar Test (April 24, 2015). . . . .Exhibit S

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

2.

| | | |
|---|---|---|
| T. | Email re: Starbucks Licensed Store # 72305 (May 14, 2015)…. | Exhibit T |
| U. | Email re: LS – Café Store Walk Thru Vons 2262 5.28.15 & Repair & Maintenance Items (May 28, 2015)……………………………….. | Exhibit U |
| V. | Email re: USC Starbucks #15244 and #13045 Sales Reports (June 5, 2015)…………………………………………………………... | Exhibit V |

**2. Declaration of Declaration of Sarah Rogers**

| | | |
|---|---|---|
| A. | Starbucks Policies and Procedures That Prohibit Discrimination……………………………………………………..  | Exhibit A |
| B. | Email re: Development Feedback Recap (June 27, 2014)…….. | Exhibit B |
| C. | Email re: Follow up and Development Feed Back (July 8, 2014)……………………………………………………… | Exhibit C |
| D. | Email re Development Resources (September 12, 2014)……… | Exhibit D |
| E. | Email re: Follow up (December 17, 2014)……………………... | Exhibit E |
| F. | Email re: Fw: Survey Responses (February 22, 2015)…………. | Exhibit F |
| G. | 360 Peer Review (February 2015)……………………………. | Exhibit G |
| H. | Performance Concerns and Expectations Memorandum (March 30, 2015)…………………………………………………….. | Exhibit H |

**3. Declaration of John Warmke**

| | | |
|---|---|---|
| A. | Email re: Kevin Briscoe—BDM, LA – candidate presentation (May 27, 2014)……………………………………………………. | Exhibit A |
| B. | Plaintiff Kevin Briscoe's Resume……………………………. | Exhibit B |
| C. | Notes of John Warmke from Interview With Plaintiff Kevin Briscoe for Business Development Manager Position…..……………………….. | Exhibit C |
| D. | Email re: Confidential – Kevin Briscoe (June 4, 2014)……….. | Exhibit D |
| E. | Email re: FW: Marriott LAX (June 6, 2015)……………….Exhibit E |

**4. Declaration of Heidi Sundquist**

    A.    Email re: Kevin Briscoe Complaint (May 6, 2015)…………….Exhibit A

    B.    Performance Improvement Plan Best Practices…………………Exhibit B

    C.    Performance Improvement Plan Template……………………..Exhibit C

    D.    Performance Improvement Plan (June 4, 2015)………………...Exhibit D

    E.    Letter re: Performance Improvement Plan (June 9, 2015)………Exhibit E

    F.    Email re: CONFIDENTIAL (June 10, 2015)……………..…Exhibit G

    H.    Letter of Resignation (July 20, 2015)…………………………...Exhibit H

**5. Declaration of Emily Schultz**

    A.    Complaint Letter Submitted by Plaintiff Kevin Briscoe (June 9, 2016)………………………………………………....Exhibit A

    B.    Report and Case File of Independent Investigation………........Exhibit B

**6. Declaration of Jyoti Mittal**

    A.    Pertinent portions from transcript of the deposition of Plaintiff Kevin Briscoe taken on January 30, 2018, and March 13, 2018………………………………….…………………………Exhibit A

    B.    Pertinent portions from transcript of the deposition of Angela Rivers taken on March 20, 2018…………………………….….Exhibit B

    C.    Correspondence to Alvin L. Pittman regarding meet and confer efforts for Motion for Summary Judgment (April 4, 2018)…………….Exhibit C

    D.    Correspondence to Alvin L. Pittman regarding meet and confer efforts for Motion for Summary Judgment (April 17, 2018)………….. Exhibit D

**7. Request for Judicial Notice**

    A.    Starbucks Mission Statement……………...………………….Exhibit A

    B.    Complaint filed on August 20, 2010, in *Briscoe v. DPMS, Inc. et al*, Case No. C 10-02532, filed in the County of Contra Costa ……Exhibit B

Dated:  May 21, 2018

/s/ *Jyoti Mittal*
TANJA L. DARROW
JYOTI MITTAL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
STARBUCKS CORPORATION d/b/a Starbucks Coffee Company
(erroneously named as STARBUCKS CORPORATION and Starbucks Coffee Company as separate entities)

Firmwide:154787133.1 055187.1066

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300