1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KEVIN BRISCOE, | Case No. 2:17-cv-04832-JAK (JPRx) |
| Plaintiff, | **JUDGMENT** |
| v. | <mark>JS-6</mark> |
| STARBUCKS COFFEE COMPANY; and DOES 1-20; Inclusive, | |
| Defendants. | |

After full consideration of the papers, evidence, and authorities submitted by the parties and in the Court's files, as well as the parties' oral argument thereon, this Court issued an order granting Defendant Starbucks Corporation's ("Starbucks") Motion for Summary Judgment, Or In The Alternative, Partial Summary Judgment ("Motion") in its entirety as to Plaintiff Kevin Briscoe's ("Plaintiff") claims in this action.

BASED ON THE FOREGOING, IT IS HEREBY ADJUDGED that Plaintiff shall take nothing by way of his Complaint and judgment shall be and hereby is entered in Starbucks' favor as to all causes of action and claims asserted against it in this action.

IT IS HEREBY FURTHER ADJUDGED that, as the prevailing party, Starbucks is entitled to apply to recover costs pursuant to Rule 54 of the Federal Rules of Civil Procedure and Central District Local Rule 54-1, *et seq.*

**IT IS SO ORDERED.**

Dated: November 7, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE